UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 23-MJ-00097 |
| | : | |
| KAREN HYLTON, | : | VIOLATIONS: |
| also known as "Karen Hylton-Brown," | : | 18 U.S.C. § 111(a)(1) |
| | : | (Assaulting, Resisting, or Impeding |
| Defendant. | : | Certain Officers or Employees) |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

On or about December 21, 2022, within the District of Columbia, **KAREN HYLTON**, also known as "Karen Hylton-Brown," did forcibly assault, resist, oppose, impede, intimidate, or interfere with an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), that is, A.S., a Chief Deputy of the United States Marshals Service, while such person was engaged in and on the account of the performance of that person's official duties.

(**Assaulting, Resisting, or Impeding Certain Officers or Employees**, in violation of Title 18, United States Code, Section 111(a)(1)) (**Misdemeanor**)

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

*/s/ Shehzad Akhtar*
SHEHZAD AKHTAR
Assistant United States Attorney
D.C. Bar Number 493635
601 D Street, N.W.
Washington, DC 20530
Office: (202) 252-7498
Shehzad.Akhtar@usdoj.gov