UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 23-262 (CKK) |
| KAREN HYLTON, | : |
| Defendant. | : |

## JURY VERDICT FORM

### COUNT ONE

With respect to the offense of Assaulting, Resisting, or Impeding Certain Officers or Employees, we the jury find Defendant Karen Hylton

_____ Guilty          ✓_____ Not Guilty

_____          DEC. 7, 2023
Foreperson                                                  Date